IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| FPI LIQUIDATION CORP. | * | Case No. 11-10338-RAG |
| | * | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| EDWARD T. GAVIN, as Trustee of the FPI Liquidating Trust, | * | |
| Plaintiff, | * | |
| v. | * | Adversary No. 12-00898-RAG |
| LINCOLN PAPER AND TISSUE, LLC, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF PLAINTIFF'S RESPONSE TO DEFENDANT LINCOLN PAPER AND TISSUE, LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS, REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES PURSUANT TO THE FED.R.BANKR.P.**

I hereby certify that on the 22nd day of April, 2013, a true and correct copy of the Plaintiff's Response to Defendant Lincoln Paper and Tissue, LLC's First Set of Requests for Admissions, Request for Production of Documents and Interrogatories Pursuant to the Fed.R.Bankr.P., were served by first class mail, postage prepaid, to:

> Marc Edward Shach, Esquire
> Weinstock, Friedman & Friedman PA
> 4 Reservoir Circle
> Baltimore, Maryland 21208

Sam Anderson, Esquire
Jeremy R. Fischer, Esquire
Bernstein Shur Sawyer & Nelson PA
1000 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029

Dated:  April 23, 2013

          WHITEFORD TAYLOR PRESTON LLP

*/s/  Alan C. Lazerow*
Brent C. Strickland (Bar No. 22704)
Stephen B. Gerald. (Bar No. 26590)
Alan C. Lazerow (Bar No. 29756)
Seven Saint Paul Street
Baltimore, Maryland  21202-1636
Telephone: (410) 347-8700
bstrickland@wtplaw.com
sgerald@wtplaw.com
alazerow@wtplaw.com

- and -

Andrew W. Caine
Jeffrey P. Nolan
Michael R. Seidl
919 North Market Street
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)
Telephone: (302) 652-4100
acaine@pszjlaw.com
mseidl@pszjlaw.com

*Attorneys for Plaintiff, Edward T. Gavin, as Trustee of the FPI Liquidating Trust*

*2047338*