## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>FPI LIQUIDATION CORP.,<br><br>                  Defendant. | Chapter 11<br>Case No. 11-10338 (RAG) |
| EDWARD T. GAVIN, as Trustee of the FPI Liquidating Trust<br><br>                  Plaintiff,<br><br>v.<br><br>LINCOLN PAPER AND TISSUE, LLC,<br><br>                  Defendant. | Adv. Pro. 12-00898 |

### NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS

I, Jeremy R. Fischer, Esq., being over the age of 18 and an attorney at Bernstein Shur in Portland, Maine, hereby certify that on the 29th day of April, 2013, I served copies of Defendant Lincoln Paper and Tissue, LLC's objections and responses to the First Set of Production of Documents, First Set of Interrogatories, and First Set of Requests for Admission from Plaintiff Edward T. Gavin, as trustee of the FPI Liquidating Trust, on the following individuals by U.S. Mail and electronic mail:

        Brent C. Strickland, Esq.
        Stephen B. Gerald, Esq.
        Alan C. Lazerow, Esq.
        Whiteford, Taylor, & Preston L.L.P
        Seven St. Paul Street
        Baltimore, MD 21202

1

        Andrew W. Caine, Esq.
        Jeffrey P. Nolan, Esq.
        Pachulski, Stang, Zielh & Jones
        10100 Santa Monica Blvd, 13th Floor
        Los Angeles, CA 90067

**BERNSTEIN SHUR**

Dated: April 29, 2013    /s/ *Jeremy R. Fischer*
    D. Sam Anderson, Esq. (admitted *pro hac vice*)
    Jeremy R. Fischer, Esq. (admitted *pro hac vice*)
    BERNSTEIN SHUR
    100 Middle Street, P.O. Box 9729
    Portland, Maine 04104-5029
    jfischer@bernsteinshur.com
    Telephone: (207) 774-1200

    -and-

**WEINSTOCK, FRIEDMAN, FRIEDMAN, P.A.**
Marc Edward Shach, Esq.
4 Reservoir Circle
Baltimore, Maryland 21208
marc.shach@weinstocklegal.com
(410) 559-9000

*Attorneys for Lincoln Paper and Tissue, LLC*