## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Chapter 11 |
| FPI LIQUIDATION CORP., | Case No. 11-10338 (RAG) |
| Debtor. | |
| EDWARD T. GAVIN, as Trustee of the FPI Liquidating Trust, | Adv. Pro. 12-00898(RAG) |
| Plaintiff, | |
| v. | |
| LINCOLN PAPER AND TISSUE, LLC, | |
| Defendant. | |

### NOTICE AND STIPULATION OF
### DISMISSAL OF COMPLAINT WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Edward T. Gavin, as Trustee of the FPI Liquidating Trust (the "Plaintiff"), and defendant Lincoln Paper and Tissue, LLC (the "Defendant"), hereby stipulate to the voluntary dismissal—with prejudice and with each side to bear its own costs and expenses, including attorney fees—of the above-captioned adversary proceeding (Adv. 12-00898(RAG)). The Plaintiff and the Defendant stipulate to the dismissal with prejudice because this matter has been settled in accordance with the *Order Authorizing and Approving Settlement with Lincoln Paper and Tissue, LLC* [Docket No. 1045].

DOCS_DE:189998.1 29183/002

Dated: October 18, 2013

/s/  Stephen B. Gerald
Brent C. Strickland (Bar No. 22704)
Stephen B. Gerald (Bar No. 26590)
Whiteford, Taylor, & Preston L.L.P.
Seven St. Paul Street
Baltimore, MD 21202
Telephone: (410) 347-8700
E-mail: bstrickland@wtplaw.com
         sgerald@wtplaw.com

and

Robert J. Feinstein
Bradford J. Sandler
Michael R. Seidl
919 North Market Street
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         mseidl@pszjlaw.com

Attorneys for the FPI Liquidating Trust

Dated:  October 18, 2013

*/s/ Marc E. Shach*
Marc Edward Shach
Weinstock, Friedman, Friedman PA
4 Reservoir Circle
Baltimore, Maryland  21208
Telephone: (410) 559-9000
Email: marc.shach@weinstocklegal.com

and

Sam Anderson
Roma N. Desai
Bernstein Shur Sawyer & Nelson PA
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Email: sanderson@bernsteinshur.com
         rdesai@bernsteinshur.com

Attorneys for Lincoln Paper and Tissue, LLC

2

## CERTIFICATION OF COUNSEL

I hereby certify that the terms of the copy of the foregoing stipulation submitted to the Court are identical to those set forth in the original stipulation of facts; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation of facts.

/s/ Stephen B. Gerald
Stephen B. Gerald

DOCS_DE:189998.1 29183/002